JAP:UAD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M-11-487

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

BASIRAT OLATUNDE SADIQ,

       Defendant.

- - - - - - - - - - - - - - - - -X

PRE-ARRAIGNMENT
COMPLAINT
(21 U.S.C. §§ 952(a)
and 960)

Fed Def
P.K. 5/9/11

EASTERN DISTRICT OF NEW YORK, SS:

    DANIEL REED, being duly sworn, deposes and states that he is a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

    Upon information and belief, on or about May 8, 2011, within the Eastern District of New York and elsewhere, the defendant BASIRAT OLATUNDE SADIQ did knowingly, intentionally and unlawfully import into the United States from a place outside thereof heroin, a Schedule I controlled substance.

    (Title 21, United States Code, Sections 952(a) and 960).

2

The source of your deponent's information and the grounds for his belief are as follows:[1/]

1. On May 8, 2011, the defendant BASIRAT OLATUNDE SADIQ, a citizen of Nigeria, arrived at John F. Kennedy International Airport ("JFK") in Queens, New York, aboard Emirates flight no. 201 from Dubai, United Arab Emirates.

2. During an enforcement examination by Customs and Border Protection ("CBP") officers, SADIQ stated that she was coming to the United States to visit her sister, who was going to pick her up from the airport. CBP officers noticed that SADIQ was traveling on a cash ticket purchased one week before her flight. During questioning, SADIQ exhibited nervous behavior.

3. Based on these facts, CBP officers performed a pat down inspection of SADIQ, which was negative. The defendant still appeared extremely nervous. CBP officers asked SADIQ for contact information for her sister. When they called the number SADIQ provided, the woman who answered the phone said she was not SADIQ's sister and that she was not planning on picking SADIQ up from the airport.

4. SADIQ was then presented with an x-ray consent form which she said she understood and signed. SADIQ then stated that she had swallowed drugs. While CBP officers were waiting

---

[1/]   Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

for approval to take an x-ray of SADIQ, SADIQ passed twenty-seven (27) pellets.

5. SADIQ was transported to the medical facility at JFK, where one of the pellets passed by SADIQ was probed. It field-tested positive for heroin. An x-ray of her intestinal tract was positive for foreign bodies.

6. SADIQ will be detained at the JFK medical facility until such time as she has passed all the pellets contained within her intestinal tract.

WHEREFORE, your deponent respectfully requests that defendant BASIRAT OLATUNDE SADIQ be dealt with according to law.

DANIEL REED
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
9th day of May, 2011

THE HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK